FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   APRIL 4, 2024   *
BROOKLYN OFFICE

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

24-CR-137
Judge Carol Bagley Amon
Magistrate Judge  Cheryl L. Pollak

1.    Title of Case:  <u>United States v. John Doe</u>

2.    Related Magistrate Docket Number(s): N/A

3.    Arrest Date: N/A

4.    Nature of offense(s):    ☒    Felony
                               ☐    Misdemeanor

5.    Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
      Division of Business Rules):_____

6.    Projected Length of Trial:    Less than 6 weeks    ☐
                                     More than 6 weeks    ☒

7.    County in which crime was allegedly committed: Queens
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.    Was any aspect of the investigation, inquiry and prosecution giving rise to the case
      pending or initiated before March 10, 2012.[1]    ☐ Yes  ☒  No

9.    Has this indictment/information been ordered sealed?    ☐ Yes  ☒  No

10.   Have arrest warrants been ordered?    ☐ Yes  ☒ No

11.   Is there a capital count included in the indictment?  ☐ Yes  ☒ No

BREON PEACE
United States Attorney

By:    _____
       Anna L. Karamigios
       Assistant U.S. Attorney
       Anna.Karamigios@usdoj.gov
       718-254-6225

_____
[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 12/14/23